VP227 1230

United States District Court
Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA65 | E 1405206 | Sheehan | 726 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 9/12/22 2030
Offense Charged: 36 CFR 4.21(C)

Place of Offense: K-7 colonial parkway

Offense Description: speed 20+ mph over posted 74 mph / 45 zone

DEFENDANT INFORMATION

Last Name: Lyerly
First Name: Thomas

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| TTWD | VA | 04 | Chevrol | | whit |

APPEARANCE IS REQUIRED — A ☐
APPEARANCE IS OPTIONAL — B ☒

$ 174 Forfeiture Amount
+ $30 Processing Fee
$ 204 Total Collateral Due

YOUR COURT DATE
U.S. District Courthouse
2400 West Avenue
Newport News, VA 23607

Date: 12/13/22
Time: 0830

X Defendant Signature: T. Lyerly

Original - CVB Copy
*E1405206*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident